1 Marc V. Kalagian
Attorney at Law: 149034
2 Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
3 Long Beach, CA 90802
Tel.: (562)437-7006
4 Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

5 Attorneys for Plaintiff
Eleanor Martinez
6

7

8 **UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**
9

10

11 ELEANOR MARTINEZ,              ) Case No.: 1:10-cv-02415 SMS
                               )
12           Plaintiff,         ) STIPULATION FOR DISMISSAL ;
                               )
13                             ) ORDER
    vs.                        )
14 MICHAEL J. ASTRUE,          )
   Commissioner of Social Security, )
15                             )
                               )
16           Defendant.        )
                               )
17 _____)

18

19     TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE

20 OF THE DISTRICT COURT:

21     IT IS HEREBY STIPULATED by and between Eleanor Martinez

22 ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

23 ///

24 ///

25 ///

26 ///

-1-

1

2  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

3  own fees, costs, and expenses.

4  DATE: July 18, 2011                      Respectfully submitted,

5                                           ROHLFING & KALAGIAN, LLP

6                                           /s/ *Marc V. Kalagian*
                                            BY:_____
7                                           Marc V. Kalagian
                                            Attorney for plaintiff Eleanor Martinez

8

9  DATE: July 25, 2011

10                                          BENJAMIN B. WAGNER
                                            United States Attorney

11                                          /s/ *Elizabeth Firer*

12                                          _____
                                            Elizabeth Firer
13                                          Special Assistant United States Attorney
                                            Attorneys for Defendant Michael J. Astrue,
                                            Commissioner of Social Security
14                                          (Per e-mail authorization)

15

16

17

18  IT IS SO ORDERED.

19     Dated:   **July 26, 2011**                    **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26